## FRANCIS, treasurer, *v.* PORTER, tax-collector.

FISH, C. J. 1. By the Civil Code (1910), § 5447, it is provided: "Upon refusal to grant the mandamus nisi, the petitioner may have his bill of exceptions to the Supreme Court, as in cases of the granting and refusing of injunctions; and either party dissatisfied with the judgment on the hearing of the answer to the mandamus nisi may likewise file his bill of exceptions." Section 6153 provides: "In all cases where an application for an injunction . . is granted or refused; . . granting or refusing application for mandamus, or other extraordinary remedy, . . the bill of exceptions shall be tendered and signed within twenty days from the rendition of the decision," etc.

2. Upon a petition for mandamus, presented to a judge of the superior

court, the following order was passed: "At chambers. The foregoing petition considered, and mandamus nisi refused. This March 28, 1916." The bill of exceptions assigning error upon this order was presented on April 24, 1916. *Held*, that the writ of error must be dismissed as not having been presented within the time required by law. See, in this connection, *Holder* v. *Jelks,* 116 *Ga.* 134 (42 S. E. 400); *Sistrunk* v. *Mangum*, 138 *Ga.* 222 (75 S. E. 7).

> *Writ of error dismissed. All the Justices concur.*
> DECEMBER 12, 1916.

Writ of error from Bleckley.

*A. C. Adams,* for plaintiff.